FILED
CLERK, U.S. DISTRICT COURT

OCT 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY mk                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 97-00009-PA |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| ROBERT MICHAEL SALAZAR | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ☒  the appearance of defendant as required; and/or

(B)  (☒)  the safety of any person or the community.

//

//

1    The court concludes:

2    A.    (X)    Defendant poses a risk to the safety of other persons or the community

3    because defendant has not demonstrated by clear and convincing

4    evidence that:

5    (1) he will refrain from illegal

6    drug use

7    (2) that he will comply

8    with conditions of release

9

10    (B)    (X)    Defendant is a flight risk because defendant has not shown by clear

11    and convincing evidence that:

12    (1) he will comply w/conditions

13    (2) he has no bail resources

14

15

16

17    IT IS ORDERED that defendant be detained.

18

19    DATED: 10/25/13

20

21

22    _SHSegal_

23    SUZANNE H. SEGAL
      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2